Case 1:07-cv-10267-RJH   Document 2   Filed 11/13/2007   Page 1 of 2

525-06/PJG/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ZEMGALE SHIPPING COMPANY LTD.,
LATGALE SHIPPING COMPANY LTD.                    07 CIV
APOLLO HOLDINGS CORPORATION,
KALTENE NAVIGATION INC.,                          **RULE 7.1 STATEMENT**
CAPE WIND SHIPIPNG CO,
CLIPSTONE NAVIGATION S.A.
KOLKA NAVIGATION INC.,
KULDIGA NAVIGATION INC.
and DAWNLIGHT SHIPPING COMPANY,

                        Plaintiffs,

   -against –

UNISEA SHIPPING DENMARK ApS and
TRIDENT MARINE ApS,

                        Defendants.
------------------------------------------------------------------------x

      Plaintiffs, ZEMGALE SHIPPING COMPANY LTD., LATGALE SHIPPING COMPANY LTD., APOLLO HOLDINGS CORPORATION, KALTENE NAVIGATION INC., CAPE WIND SHIPPING CO. LTD., CLIPSTONE NAVIGATION S.A., KOLKA NAVIGATION INC., KULDIGA NAVIGATION INC. and DAWNLIGHT SHIPPING COMPANY by and through their undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that they are private (nongovernmental) parties, that have no corporate parents and that no publicly held corporation

NYDOCS1/293623.1

owns 10% or more of their stock.

Dated: New York, New York
November 20, 2006

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiffs
                                        ZEMGALE SHIPPING COMPANY LTD.,
                                        LATGALE SHIPPING COMPANY LTD.,
                                        APOLLO HOLDINGS CORPORATION,
                                        KALTENE NAVIGATION INC.,
                                        CAPE WIND SHIPPING CO LTD.,
                                        CLIPSTONE NAVIGATION S.A.,
                                        KOLKA NAVIGATION INC.,
                                        KULDIGA NAVIGATION INC., and
                                        DAWNLIGHT SHIPPING COMPANY

By: _____
                                        Peter J. Gutowski (PG 2200)
                                        Pamela L. Schultz (PS 8675)
                                        80 Pine Street
                                        New York, NY  10005
                                        (212) 425-1900
                                        (212) 425-1901 fax

NYDOCS1/293623.1